# EXHIBIT "B"

# RETURN OF SERVICE

**State of Florida**  **County of MiDDLE DISTRICT OF FLORIDA**

Case Number: 6:22-CV-880-PGB-LHP

PLAINTIFF:
ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION

vs.

DEFENDANT:
RXCROSSROADS, LLC D/B/A COVERMYMEDS, LLC

For:
Joshua Bachman

Received by Legal Serve USA on the 27th day of January, 2023 at 7:35 am to be served on **PAYSPAN, INC. C/O REGISTERED AGENT ROBERT BOOTH, 7751 BELFORT PARKWAY, SUITE 200, Jacksonville, FL 32256**.

I, Joann Lewis, do hereby affirm that on the **30th day of January, 2023** at **11:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **MEISHA SANDERS** as **OFFICE MANAGER** for **PAYSPAN, INC. C/O REGISTERED AGENT ROBERT BOOTH**, at the address of: **7751 BELFORT PARKWAY, SUITE 200, Jacksonville, FL 32256**, and informed said person of the contents therein, pursuant to F.S. 48.081.

**Description** of Person Served: Age: 26, Sex: F, Race/Skin Color: Black, Height: 5'7, Weight: 175, Hair: Black, Glasses: N

I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

Joann Lewis
Process Server

**Legal Serve USA**
**147 BRIDGEHAVEN DR**
**PALM COAST, FL 32137**
**(386) 237-0607**

Our Job Serial Number: LS7-2023000294
Ref: LSU2023000294

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Payspan Inc c/o Registered Agent Robert Booth
on *(date)* 1-27-23.

☑ I served the subpoena by delivering a copy to the named person as follows: meisha Sanders office manager

on *(date)* 1-30-23 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-31-23

*Server's signature*

Joann Lewis
*Printed name and title*

Jacksonville, Fl
*Server's address*

Additional information regarding attempted service, etc.: